Hasler
09/08/2021
US POSTAGE $001.76⁰
FIRST-CLASS MAIL
ZIP 84025
011E12650078

[Return address:]
Box 130
MINGTON, UT 84025

[Addressee:]
Room 1.100 of the UNITED STATES DISTRICT COURT
351 South WEST TEMPLE
SALT LAKE CITY, UTAH 84101

LEGAL MAIL