Please Consider this

Your Honor, I needed the plaintiff will file a motion for reconsideration due to this Amended Complaint being sent after the time you ordered it to be filed. Holidays had a huge impact on the time being delayed, especially as the plaintiff is incarcerated and the mail system is delayed even more inside the jail as administration does not work during holidays. Also the plaintiff has had to wait for a shipping box to fit the complaint in and for admin to be available for certified mail service. Not to mention the plaintiff has a very hard time writing because of injuries and this complaint is a lot more extensive than the first as the plaintiff had no clue on what he was doing on the first complaint compared to this one and he is still learning. None the less violations occurred that require justice and the plaintiff asks that you consider this and harmless error as reason to file this complaint after the 30 days you ordered and file this as the original complaint and if not then with at least the same leniency.

20 December, 2021

respectfully submitted

ANGEL ABREU