Exhibit C



# DAVIS COUNTY SHERIFF'S OFFICE
Jail Incident Report

| | |
|---|---|
| **Jail Incident:** 1281 | **Time Reported:** 19:18:32 09/26/20 |
| **Nature:** VIOLATION | **Event Beginning:** 19:19:14 09/26/20 |
| **Location:** ▇ | **Ending:** 19:19:16 09/26/20 |
| **Clearance:** Information Only | **Log Event:** - |
| **Disposition:** (\*\*/\*\*/\*\*) | |

**Officers Involved:**

| | | |
|---|---|---|
| A Hutchinson | K Baer | T Nix |
| C Brown | L Payne | W Terrell |
| C Rummel | M Sweeten | |
| E Sullivan | SC Lewis | |

**Inmates Involved:**

398403 ABREU ANGEL

## NARRATIVE
Inmate ABREU, Angel (Name# 398403) refused to move cells. CERT was called in to assist.

## SUPPLEMENTAL: M Sweeten
On 09/26/2020 I, ▇ Sweeten was working in ▇ with ▇ Garcia. At approximately 19:16 Sgt. ▇ Baer called over the radio for ▇ to call for an ambulance due to an inmate having full body lacerations. I called dispatch then 911 since it was after business hours. The ambulance arrived at approximately 19:25 and left with the inmate at 19:31. Garcia and I ▇

▇ Sweeten 17193
▇ Garcia 17862

## SUPPLEMENTAL: E Sullivan
On 9/26/2020 at 1910 hours I was assigned as Floor Deputy over Pod 6. ▇

At approximately 1916, Nurse Ashley called over the radio for the Watch Commander to activate EMS for multiple lacerations on Abreus body. At approximately 1918 CERT exited Quebec Housing Unit with Abreu on a gurney. 1920 Sergeant Baer declared Quebec Housing Unit to be a crime scene and instructed me to keep a log of who entered and exited the unit. The log is reflected as follows:
1910-Members of the CERT team entered Quebec Housing Unit
1912-CERT members entered Quebec ▇
1915-EMS Activated by Nurse Ashley
1918-CERT team exited Quebec Housing Unit
1920-Quebec Housing Unit declared a Crime Scene by Sergeant Baer
1941-I, Deputy Sullivan, entered Quebec Housing Unit to complete a safety and security round.
2034- Farmington PD Detective Johnson, Farmington Police Officer Hanson, Crime Lab Technician Nicholls, Sergeant Baer and Corporal Nix entered Quebec Housing Unit



INMATE COPY

2035-I, Deputy Sullivan, entered Quebec Housing Unit for safety and security rounds
2038-Sergeant Hutchinson entered Quebec Housing Unit
2042-Quebec Cell opened, Crime Scene entered for photos.
2044-Sergeant Hutchinson exited Quebec Housing Unit
2056-Officer Hanson, Detective Johnson, Crime Lab exited cell ▮
2058-Quebec Cell ▮ declared to be good to cleaned
2059-Officer Hanson, Detective Johnson, Crime Lab, Sergeant Baer, Corporal Nix, and myself exit Quebec Housing Unit.

Deputy Sullivan
▮

**SUPPLEMENTAL: C Brown**
On the night of 9/26/2020, ▮

The CERT team entered Quebec and talked with Abreu. At this time Sgt. Baer asked me to call ▮ ▮ Watching Sgt. Hutchinson and the CERT team, Sgt. Hutchinson signaled for me to open cell ▮, and CERT entered the cell. Over the speaker all I could hear was unidentified grunting.

At 1916, Sgt. Baer called over the radio for ▮ to call for an ambulance and asked me to call ▮ to confirm that they were doing so. At approximately 1918 CERT exited Quebec with Abreu on the gurney.

At 2034 Farmington PD Detective Johnson, Farmington Police Officer Hanson, Crime Lab Technician Nicholls, Sgt. Baer and Cpl. Nix entered Quebec housing unit. They left around 2059.

At approximately 2121, Deputy List ▮

JOS Brown ▮

**SUPPLEMENTAL: E Sullivan**
The following items were inventoried from inmate Abreu's cell:
1 radio with 2 batteries
1.25 bags of Whey Protein
1 prayer rug
1 pillow (discarded, no name on pillow)
3 bowls
1 clear cup
2 green toothbrushes
2 tubes of toothpaste
2 bars of soap
2 bottles of vitamins
1 bottle of baby powder
2 bottles of lotion
1 tube triple antibiotic ointment
1 tube of hair gel
1 stick of deodorant
1 face mask
1 bag of safety dental floss
1 bottle of eye drops
1 bottle of lip balm
4 pencils
13 magazines with name on them
13 books with name on them
3 large yellow envelopes marked legal mail with several papers in each
2 manilla folders with several miscellaneous papers
2 blue folders with several miscellaneous papers, envelopes, pictures
1 ziploc baggie with several pictures of family
Several pictures sent via email

INMATE COPY

4 composition notebooks, 1 of which contained several miscellaneous papers
Several large stacks of papers from court proceedings, Utah laws and other miscellaneous papers

Deputy Sullivan

### SUPPLEMENTAL: Z Jolley
Abreu began flooding his cell and placing soap on the floor. Abreu then covered up his window and started moving water out from under his cell door onto the walkway of the tier. Sgt. Hutchinson and Cpl. Clark entered Quebec and turned off the water to prevent a further mess from being created. As of 1500hrs Abreu is still non compliant and yelling fuck you bitch and fucking pussy to me as I have conducted rounds.

### SUPPLEMENTAL: T Nix
On 09/26/2020 I received notice that the CERT team would be moving Inmate ABREU, ANGEL 56119 to ▓▓▓ due to his behavior throughout the day. We were told that he was refusing to cuff up on his own to be moved and also that he had poured liquids all over the floor as well as food.



We then went into Quebec and immediately Inmates started chanting and yelling. Once we got up to Quebec ▓▓ I observed liquid and food all over the floor outside of the cell as well as a towel covering his window. Sergeant Hutchinson gave him a warning that if he didn't submit to handcuffing force would be used. Inmate ABREU didn't respond. Once the team was ready the door was opened. I saw Inmate Abreu by himself standing towards the back of the cell with his hands covering his stomach/chest area. He didn't comply with our requests of getting down on his stomach. He ended up with his buttocks on the bottom bunk and again was told to get down on his chest. I had control of his left arm and once we had him on his stomach he was handcuffed and leg shackled. Almost the entire time he was screaming about his stomach and once we looked at his stomach Deputy ▓▓▓ Major requested an ambulance to repond due to a wound that was bleeding. As we were carrying him out I couldn't help but notice all the water, slick floor, noodles, tuna fish, and tuna fish packs all of the floor. He was carried down the stairs and placed on a gurney and taken up to ▓▓▓ to the ambulance. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. During this time both Nurses would check on him and confirm he was ok and breathing. Once we got him out in the vehicle sally we cut his clothing off due to seeing alot of blood down by his waistline area. Paramedics checks his leg area to ensure he wasn't bleeding from anywhere else. We then lifted Inmate Abreu off of our gurney and placed him on Farmington Fires gurney. He was then taken to a local hospital due to the severity of his wounds.

Shortly after this happened Detective Nichols wih Davis County Sheriffs Office and also a Detective Johnson with Farmington Police came to take pictures of the scene and also ask questions. Deputy Sullivan kept track of who was coming in and out of the crime scene.

Inmate ABREU, ANGEL came back from the hospital shortly after leaving and was taken into the ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ where a Detective Johnson from Farmington Police attempted to ask him questions. He requested a lawyer and refused to answer any questions. He was then taken to the ▓▓▓▓▓▓▓ due to his attempts at self harm (minor abrasions, and a larger laceration) that we noticed before he went to the hospital. While in the ▓▓▓▓▓▓▓ he wanted to give us something he had up his rectum. Sgt Baer and I opened his cuffport and gave him the tissue he requested. After a few minutes he was able to produce what looked like a two inch bundle. Sgt Baer and I opened it up out in ▓▓▓▓▓ and found a silvertone ring and also 5 or 6 pieces of paper with phone numbers and addresses on them.

 Nix

**INMATE COPY**

**SUPPLEMENTAL: A Hutchinson**
On September 26, 2020 at 1624 I received clearance from Cpt Meldrum that the the CERT team would be activated to assist in the movement of ABREU, Angel #398403 from ▇▇▇▇▇▇. Deputies Rummel and Terrell were called in to help. Cpl Nix, Deputy Lewis, Deputy Major and I were already on shift. ▇▇▇

At about 1920 the team entered Quebec housing unit and approached cell ▇▇. The floor was covered in water, food and garbage coming from under the door of cell ▇▇ ABREU, Angel 's cell. I gave the fair warning order to inmate ABREU to submit to search, handcuffing, and movement. The cell door was covered with a towel and no response was given to my order. I signaled for the door and the team entered. ABREU was straight back from the door when the team attached. I was ▇▇ in entering the cell and observed blood on ABREU. ABREU resisted handcuffing but the team was able to secure his hands behind his back and leg shackles were applied. Deputy Major called for a Delta response, meaning we needed paramedics to respond, I echoed to Nurse Ashley that we needed to call the ambulance. ABREU was carried from the cell, down the stairs, and placed face down on the stretcher. ABREU was yelling calling us names, complaining about his stomach, and trying to kick while on the stretcher. Deputy Rummel got on the stretcher to hold control of ABREU's lower legs, near his calves. ABREU claimed he didn't know how he was injured and even claimed that we stabbed him. ABREU was transported on the stretcher to ▇▇▇▇ to meet the paramedics; during transport we stopped to place gauze on the wound, adjust for his discomfort, and to verify he was okay when he stopped yelling. When we arrived in ▇▇▇▇▇ paramedics and Farmington fire was just arriving. Medical personal evaluated and gave medical care; the team assisted with removing Abreu's clothing and moving to the new stretcher.
I left as they were loading ABREU in the ambulance so I could gather gear to ride in the ambulance to the hospital. I rode in the front seat of the ambulance to the hospital. Deputies Rummel and Terrell followed in a DCSO vehicle. Once at the hospital ABREU was taken to a trauma room and was given medical attention. I waited to assist answering any questions I could for medical staff. I left the hospital with Farmington ambulance and waited at the jail for Deputies Terrell and Rummel to return with inmate ABREU. ABREU returned to the jail at approx 2200. ABREU refused to speak with the Detective from Farmington Pd who was called into investigate the incident. ABREU was escorted to the ▇▇▇▇▇▇▇ and was placed on a 15 minute watch.
-Sgt Amy Hutchinson

**SUPPLEMENTAL: A Hutchinson**
Report entered for Deputy ▇▇▇ Major

On 9/26/2020 I was advised of a CERT operation at the Davis County Jail. Sgt. Hutchinson informed me that an inmate had barricaded himself inside a cell in Quebec unit. I was informed the inmate had flooded his cell and covered the cell window which prevented anyone from seeing inside.

I responded to the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and met with Sgt. Hutchinson. Also present were Cpl. Nix, Deputy Terrell, Deputy Lewis and Deputy Rummell. Sgt. Hutchison ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ Sgt. Hutchinson stated inmate Angel Abreu had barricaded himself inside his cell. Sgt. Hutchinson ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. He also had a history of assault. Sgt. Hutchinson also reported that Inmate Abreu was incarcerated for charges of attempted homicide, kidnapping and assault.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ We then responded to Quebec unit. Upon arrival we walked up stairs to the upper tier. As we approached the cell that Inmate Abreu was being housed, I could see a large amount of water mixed with various items outside the cell. I recognized these items as food and other commissary mixed with water.



▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Sgt. Hutchinson clearly and loudly read instructions for Inmate Abreu to submit to handcuffing. Sgt. Hutchinson informed Inmate Abreu that failure to follow instructions would result in the use of force. Inmate Abreu did not follow the instructions that Sgt. Hutchinson clearly announced.

Sgt. Hutchinson then opened the cell door and the team made entry. I could immediately see that there was a significant amount of blood on Inmates Abreus arms and midsection. As I approached Inmate Abreu, I observed him to be in a guarded position. From my point of view, I could not see his hands. I then instructed Inmate Abreu to put his hands in the air. Inmate Abreu did not follow these instructions.

As the team approached Inmate Abreu he backed up to the bunk in the back of his cell. I then made contact and secured Inmate Abreus left arm. Cpl. Nix made contact and secured Inmate Abreus right arm. His legs were secured by Deputies Terrell and Rummel. Inmate Abreu offered passive resistance. He was successfully handcuffed behind his back. Inmate Abreu then began yelling that his stomach hurt. I then observed a large laceration on the abdominal area. I could see the wound was bleeding and there was a large amount of blood on his abdomen and pelvic area. I then requested that Sgt. Hutchinson request a delta response medical as I felt the laceration was significant and would necessitate a visit to a trauma center. We then left the cell with inmate Abreu. I did not observe any weapon in the cell while I was there.

Inmate Abreu was then carried down the stairs and placed on a gurney. Inmate Abreu was then taken up to ▓▓▓▓ in order to meet EMS in the vehicle sally. During transport I observed Deputy Rummell sitting on inmate Abreus lower legs. At no time was inmate Abreus airway compromised.

Upon arrival to ▓▓▓▓ Inmate Abreu was assessed and treated by DCSO paramedics and Farmington Fire Department personnel. Inmate Abreu was then transported to Davis Hospital.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**SUPPLEMENTAL: K Baer**
Inmate Abreu was housed in the ▓▓▓▓▓▓▓▓▓▓
I was in the horseshoe after CERT entered the cell that inmate Abreu was housed in. Nurse Ashley ▓▓▓▓ called for the radio for me to active EMS. I then told ▓▓▓▓▓▓ to get an ambulance here for inmate Abreu. At this moment I did not know what injuries or issues inmate Abreu was having.

Once Nurse Ashley and CERT came down the stairs with inmate Abreu I asked for additional information to give to ▓▓▓▓. Nurse Ashley told me he had multiple lacerations on his abdomen and possibly his wrists. I then relayed that information over the radio to ▓▓▓▓. The cell door was secured by a CERT member and I assigned Deputy ▓▓▓ Sullivan to document all movement inside QUEBEC and treat that area like a crime scene. I also told him not to open cell ▓▓ until instructed to do so.

Inmate Abreu was taken to Davis Hospital by ambulance with Sergeant Hutchinson, Deputies Terrell and Rummel.

Our Administration was notified. Crime Lab was call in for documentation purposes as well as Farmington PD for an outside agency investigation.
Corporal Nix and I escorted Farmington PD and Deputy Nicholls around all areas they requested. I was informed by Sergeant Hutchinson when the hospital took scans of inmate Abreus injury they could see a ring and papers in his anal cavity. They said it wasnt a medical emergency and would pass on its own. Inmate Abreu was brought back from the hospital. Medical came to ▓▓▓▓ upon his arrival and did an evaluation on him. Farmington PD was still here and attempted to talk to inmate Abreu at which time he requested his lawyer for all questioning. Inmate Abreu was then escorted to the ▓▓ for housing. He was placed on a 15 minute watch for what I believe to be self-inflicted injuries.

Sergeant ▓▓▓▓ Baer

---

**SUPPLEMENTAL: SC Lewis**
SUBJECT:            SUPPLEMENTAL REPORT ABREU, Angel (398403) 9/28/2020
INCIDENT #:         1281

INCIDENT TYPE:                  Forced cell entry.



On 9/26/2020 at approximately 16:30 I was told the CERT team would be activated to assist in moving inmate ABREU, ANGEL (398403) from his cell in Quebec to ▮▮▮ Inmate Abreu had barricaded himself in his cell, had covered his window with a towel and other materials, and was currently flooding his cell with water, soap, and other materials he had available in his cell. I was already on shift so I gathered my gear and continued to work while I waited for other team members to arrive.



The floor was covered with blankets, water, trash, and what looked like food and other materials he had inside his cell. It appeared he was preparing for a fight by making the area as hazardous as possible.

Sgt. Hutchinson gave a clear command at the door for inmate ABREU to submit to handcuffing, strip search, and movement or force would be used against him and asked for his response. Inmate ABREU did not respond and Sgt. Hutchinson called for the door to be opened.

The team entered the cell. I heard Deputy Major give the command show me your hands as I rounded the corner and entered the cell. I saw inmate ABREU moving towards the back of his cell. He was clutching his abdomen with his hands. I wondered briefly if he was concealing a weapon of some kind. ▮▮▮▮▮▮▮▮▮ the team attached to inmate ABREU and moved him into a position where he could be cuffed. Inmate ABREU was instructed at least once to stop resisting and comply. The inmate did not stop resisting. As the team got inmate ABREU under control I supplied them with the cuffs and shackles that were applied. Inmate ABREU was shouting and complaining about his stomach. I did notice some blood on the back of his clothing as he was being cuffed. Deputy Major was calling for a Delta Response because it appeared that the inmate had harmed himself.

Inmate ABREU was secured and lifted from the lower bunk in his cell. I tried to back out of the cell and keep the door open for the team to exit. I had to push blankets and trash out of the way with my feet to get the door to open wide enough. Inmate ABREU was carried out of his cell and I secured the cell door.
Inmate ABREU was still yelling about his stomach, threatening us, and using abusive and vulgar language. He was carried down the stairs and placed on the stretcher. ▮▮▮▮▮▮▮▮ he was wheeled out of the Quebec housing unit and towards ▮▮▮▮

The team stopped a couple of times to make sure that inmate ABREU was doing okay. Deputy Rummel was positioned on his legs and repositioned several times to adjust for possible discomfort. Deputy Major was asking inmate ABREU what he had used to hurt himself so we could help him.
Inmate ABREU refused to answer and even said I didnt do this, you guys stabbed me Deputy Major was repeatedly checking on the inmates condition. The team stopped at one point to check on inmate ABREUs wound and to bandage.
I heard the nurses say that the direct pressure on the wound because of his positioning on the gurney was doing a good job. The inmates vitals were checked once again in the ▮▮▮ hallway out of concern for his airway and breathing. The nurses confirmed that he was responsive and breathing so we continued to the vehicle sally.

While we waited for the ambulance to arrive ▮▮▮▮▮ Deputy Major checked the inmates vitals again and hooked him up to machines to monitor him. Inmate ABREUs clothing was removed and he was checked for other wounds or further damage.
He was moved from our gurney to another and was placed in the ambulance. ▮▮▮▮▮
Sgt. Hutchinson got into the passenger seat of the ambulance ▮▮▮▮▮
ambulance had cleared the building.

INMATE COPY

██████████████████████████████████████████████████████████████████████████████

This was the end of my involvement.

**SUPPLEMENTAL: W Terrell**
At approximately 1730 hours, I received a call at my residence from Sergeant Amy Hutchinson. Sergeant Hutchinson asked if I was able to respond to duty in order to assist in moving inmate ANGEL ABREU from Quebec housing unit to ███ housing unit. Sergeant Hutchinson informed me that ABREU was refusing to cooperate and he was also making preparations to fight.

I arrived the DCSO and rendezvoused with other CERT members in the Sergeants office. ███████ ████████████████████████████████████████████████ due to ABREU flooding his cell with toilet water, placing material and substances on the floor to create slipping and falling hazards. I finished donning the remainder of my protective gear and waited for other team members to arrive.

Once all CERT members arrived, ████████████████████████████████████████████████ ████████████████████ Approximately 1910 hours, the team then proceeded to Quebec housing unit and discussed our plan of entry with JOS Brown.

The team entered Quebec housing unit and proceeded to cell ███ where ABREU was housed. Sergeant Hutchinson was our spokesperson and she communicated with ABREU. She requested his compliance and he responded negatively. ████████████████████████████████████████████████ and Sergeant Hutchinson gave the signal to JOS Brown to open the cell, and the team began entry.

Once the cell door opened, I observed approximately 1 inch of standing water on the floor with a great deal of food and unknown debris floating. The words Fuck You were written in a brown substance on the left wall. I also observed ABREU standing next to the bunk, with his hands near his waist (palms up) covered in what appeared to be blood. The blood-like substance had soaked through his shirt and onto his pants. My initial thought is that ABREU had a sharp weapon in his possession.

The team proceeded forward to engage ABREU. He quickly leaned over onto his bunk and began to scream and shout that his stomach was hurting. Restraints were applied to his wrist and ankles. Deputy Major instructed us to roll ABREU over to discern the location and extent of the injury to ABREU. Deputy Major asked ABREU, What did you stab yourself with? ABREU shouted, You fucking stabbed me!. Deputy Major conveyed to Nurse Ashley that an ambulance was needed. I believe I heard the phrase D-response.

ABREU was carried out of the cell, down the stairs, and placed onto a gurney. He was wheeled down to the ███ to meet the responding ambulance. While on the way to ███ ABREU complained about his stomach hurting. The nurses and members of the team tried to keep bandages and direct pressure on ABREUs wound.

The responding ambulance arrived in the vehicle sally at the same time as we arrived from housing with ABREU. The paramedics began their examinations and procedures. I was directed to gather necessary equipment to stay with ABREU while he was at the hospital. Sergeant Hutchinson rode in the ambulance to the hospital.

Deputy Rummel and I ████████████████████ and followed the ambulance to Davis hospital. Once there, medical professionals attended to ABREU. ABREU was examined via X-ray, MRI, and several other methods. They discovered that ABREU had shoved what appeared to resemble a ring and a plastic bag into his rectum. When questioned by medical professionals, ABREU responded that he placed the items in his anus because he did not want to have them confiscated when he was moved to maximum security housing. The medical attendees said that the items would pass normally, and they were nothing that would cause bodily damage.

Once all examinations were completed, medical personnel cleaned ABREUs wound again, and began to apply staples to seal the wound. They then stated that they would discharge ABREU after approximately 30 minutes of observation. During that observation period, ABREU commented to me that he did not appreciate the fact that I laughed at a joke that was made by the doctor. I asked what joke he was referring to. ABREU said the doctor made a remark about him making bad life decisions, and I laughed at the comment. I then responded to ABREU, Why are you still trying to sneak stuff into the facility? ABREU responded with, I got haters on the outside, I cant help what they send to

INMATE COPY

me. I said, OK. At that point, I just decided to stop talking to ABREU and began counting down the time for his observation to end.

At approximately 2119 hours, ABREU was discharged from Davis hospital and we returned to the DCSO. Crime scene techs met us in the vehicle sally and took pictures of ABREU and his bandaged wound before bringing him back into the facility. ABREU was again examined by Nurse Ashley prior to being escorted to the ▓▓▓▓▓▓. ABREU was placed into the ▓▓▓▓▓▓ without incident and given a suicide smock and gown.

End of Report

Terrell
▓▓▓

### SUPPLEMENTAL: C Rummel

On 9/26/2020 at approximately 0545 I was asked to respond to the Davis County Jail for CERT team response.
When all of requested CERT Team members arrived to the ▓▓▓▓▓▓▓▓▓▓▓▓ Room Sgt Hutchinson ▓▓▓
▓▓▓▓▓▓▓▓▓▓
Sgt. Hutchinson stated inmate Angel Abreu had barricaded himself inside his cell. Sgt. Hutchinson stated Abreu would be moved from Quebec ▓▓▓▓▓▓. Sgt. Hutchinson also reported that Inmate Abreu was incarcerated for charges of attempted homicide, kidnapping and assault. Sgt. Hutchinson reported that inmate Abreu also had ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in his cell while in Davis County Jail.

We then went to Pod Six and entered Quebec housing unit. Once we got upstairs to Quebec ▓▓ I could see water and food all over the floor in front on Abreu Cell. Sgt Hutchinson then called out Abreu and stated that he needed to submit to handcuffing or force would be used. Abreu did not respond. Sgt Hutchinson then opened the door. We made entry into the cell and Abreu moved to the back of the cell. Once Deputy Major and Cpl Nix secured Abreu arms. Deputy Terrell and I secured his legs. We then applied hand cuffs and Shackles. Once Abreu was restrained he was yelling that his stomach was hurt. Deputy Major then looked at Abreus stomach and he immediately requested a Delta response. I could see blood coming from Abreus stomach. We then needed to move Abreu out of the cell and down to the gurney. As we left the cell I could see there was opened food mixed into the water on the floor. Once we got down the stairs Abreu was placed face down on the gurney. Abreu then was trying to kick his legs. I then got on the gurney and placed Abreus legs flat and I put my leg across his calves. The gurney was then pushed to ▓▓▓▓ While being pushed up to ▓▓▓▓ Deputy Major asked Abreu what he stabbed himself with? Abreu then claimed that we did this to him. We kept pushing the gurney up to ▓▓▓▓ The nurses stopped us at ▓▓▓▓▓▓ then applied a bandage to Abreus stomach. Abreu was no longer kicking his legs I then got off his claves. Abreu was then pushed on the gurney all the way to the vehicle sally. Davis County Paramedics were waiting. Once we got into the Vehicle Sally Abreu cloths were cut off to check for further wounds. After his cloths were removed Abreu was moved from our gurney to Farmington Paramedics gurney. Once Abreu was on Farmingtons gurney Deputy Terrell and I were assigned to go to the hospital.
Deputy Terrell and I drove to the hospital and we stayed with Abreu while there.
During a CAT scan once of the nurses saw a round object inside of Abreu lower pelvis. The Nurse and I walked out and the Nurse asked Abreu was he had placed up his butt. Abreu told us it was his sliver ring. Abreu also said that he had phone numbers and address wrapped up in plastic.
The nurses stated that he would not need surgery to retrieve it. They said it would pass on its own.
The Doctor told us that Abreu did not need to stay at the hospital he told us that he wanted to watch Abreus vitals for another thirty minutes. Once he watched the Vitals the Hospital released Abreu. We then returned Abreu back to the Davis County Jail at approximately 21:30.
When we arrived back to the jail we were met with Farmington Detective and Davis County Crime lab. They took photos of Abreu. Once we took Photos of Abreu the Farmington Detective questioned Abreu. Abreu said I want an attorney. The Farmington Detective then said he was done with questions.

INMATE COPY

Cpl Nix Deputy, Terrell and I and a few other deputies then escorted Abreu to the ▮▮▮▮ up in ▮▮▮▮ Once in the cell Abreu was given a Safety gown. We removed all restraints and exited the cell without further incident.
End of report.
D20-06842
Rummel▮▮▮

INMATE COPY



INMATE COPY



INMATE COPY