Exhibit D



# FARMINGTON POLICE DEPARTMENT

Incident #: F20-05520

Reporting Officer: Dane Hanson

Report Time: 09/26/2020 19:18:04

## Incident

**Incident Nature**
Agency Assistance

**Address**
800 W State St; Davis County Sheriff;JAIL FARMINGTON, Utah 84025

**Occurred From**
09/26/2020 19:18:04

**Occurred To**
09/26/2020 19:20:03

**Received By**
Lance Jacobs

**How Received**
Telephone

**Disposition**
Closed Case

**Reported Date**
10/05/2020

**Cleared**

**Found Gang**

**Clearance**
Cleared by Investigator

**Auto Theft Related**

**Responding Officer(s)**
Bridgette Brian

Medic 22

Tyrel Barney

Christopher Rummel

Wilbert Terrell

Chad Nicholls

## Persons



**ABREU, ANGEL C**
Subject

**Address**
3457 Harrison Blvd
OGDEN Utah 84403

**Phone**
(727)318-8827

**DOB**
02/21/1996

**Race**
H-White/Latin, Hispanic

**Sex**
M

**Ethnicity**

**Height**
6'05"

**Weight**
200

## Property

801-451-5453     PO Box 160, Fmgt., Ut 84025     **INMATE COPY**

## DVD

**Evidence**

scene

photos

2

$0.00

$0.00

## Narratives

### Original Narrative

**10/11/2020 12:31:05**

Farmington Police Department - Officer Information - Agency Assist

Officer: D. Hanson

Time / Date: 9/26/20 @ 19:18

Location: 800 West State Street (DCSO Jail)

Involved person(s): Angel Abreu

Narrative:
On 9/26/20 at approximately 19:18 hours, I responded to 800 West State Street, Davis County Sheriffs Office (DSCO) (Jail) for an inmate with full body lacerations. Dispatch advised the event occurred in Pod 6 and that the bleeding was coming from a dangerous area on the inmate's body.

Arrived at Jail:
I arrived at the jail and parked my patrol vehicle in the sally area of the jail intake. When I exited my vehicle, I observed that the injured inmate had already been moved to the vehicle sally, waiting for the ambulance. I observed that the inmate was moved from the jail stretcher to the ambulance stretcher, and was placed into the ambulance to be transported to Davis Hospital. Sergeant Baer advised that inmate Angel Abreu had barricaded himself in his cell after illegal drugs were found in his mail. She advised that the DCSO crisis team, made entry into the cell and observed that Angel had multiple lacerations which appeared to be self inflicted, on his abdomen. Sergeant Baer also advised that the DCSO Crime Lab was responding to investigate the incident, and they also wanted Farmington Detectives to respond.

I made contact with Detective Sergeant Johnsen, and advised him of the details which I had up to that point. He advised that I should stand by for DCSO Administration to contact him directly before Farmington Detectives could assist with the investigation. Sergeant Johnsen called me approximately five minutes later, advising that he would be on his way to the Jail to assist with the investigation, and asked if I could find video footage of the incident for review once he arrived. I returned to the Jail and again made contact with Sergeant Baer, who advised that once Sergeant Johnsen arrived, that she would escort us to the scene, and also provide video footage of the incident.

Sergeant Johnsen arrived at Jail:
Sergeant Johnsen arrived at the Jail, and Sergeant Baer escorted both of us to cell 21, in the Quebec unit of Pod 6. While Sergeant Johnsen conducted his investigation of the cell, I captured video footage of the cell and surrounding area with my body mounted camera. Once Sergeant Johnsen had finished examining the cell and video footage of the incident, I stood by to record Sergeant Johnsen's interview with Angel when he returned from the hospital. Once the interview was complete, Myself and Sergeant Johnsen left the scene without further involvement.

Body camera footage has been submitted per department procedure.

801-451-5453          PO Box 160, Fmgt., Ut 84025          INMATE COPY 

Disposition: Active referred to detectives.

## Supplemental Narrative 09/28/2020 12:13:45   Lt. Eric Johnsen

Farmington Police Department - Supplemental Report

Officer: Sgt. E. Johnsen

Nature of original incident: General Investigation (Davis County Jail)

Narrative:
At about 1930 hours on Sunday, September 27, 2020 I was contacted by Officer Hanson. He said he was responding to the jail on an incident involving an inmate suffering lacerations to the abdomen that required him to be transported to the hospital.

I responded to the jail to assist in the investigation along with the Davis County Crime Lab (Deputy Nicholas). Upon arriving in the sally port I observed a gurney with jail clothing that appeared to have been cut off of someone. I later learned this was the clothing of the inmate that was transported to Davis Hospital. I was told the inmate involved in this incident was Angel Abreu (DOB 2/21/96). It was reported that Abreu had an issue with receiving contraband in the mail and consequently was being moved to a different housing unit; this led to him begin to act out which included flooding his cell. This gave cause for the jail's cell extraction team to be called in to complete the inmate move.

Once in the jail I was escorted by Sergeant Baer to the QUEBEC unit. I was advised the scene was messy so we were given trash bags to tie around our shoes.

Upon entering the housing unit I took note that all inmates were secured in their respective cells. Deputy Nicholas photographed the area outside of cell 21. On the floor outside of the cell I observed water, miscellaneous papers, wrappers, and tuna fish. The cell door window had been covered up by a towel. I was told the inmate had done this prior to the cell extraction.

After the area outside of the cell had been photographed the cell door was opened. I immediately noticed the floor of the cell had been flooded, there was more tuna and trash floating in the water and tuna had been splattered on the walls, ceiling, and door of the cell. Toilet paper had been soaked in water and thrown against the walls of the cell. I noticed on the cell wall there were the words written "FUCK THE POLICE". We believed it was written with peanut butter.

There was not a large amount of blood anywhere in the cell. The only two locations that were notable was a partial hand print on the wall next to the inmate's bunk and a noticeable amount on the bedding of the lower bunk. These areas were photographed.

The bedding area of the cell was relatively undisturbed. The bottom bunk appeared to be used for sleeping and the top bunk seemed to be used for storage of personal items. After the cell was photographed I entered and began to more closely examine the contents of the cell. I was initially told that the inmate had lacerated himself with a razor. During the search of the cell I was unable find a razor. The only item I was able to locate in the cell were two pencils that were on the outside of the cell door amongst the tuna and other debris.

**REVIEW OF EXTRACTION TEAM VIDEO**
After completing our investigation of the cell I was able to observe the video footage of the cell extraction team. During the video there were two moments of interest; 1) upon entering the cell the inmate is standing facing the team, as the team makes contact the inmate turns to his right and places his right hand on the wall in what appears to be the exact location of the bloody hand print that was photographed. All extraction team members had gloves on. This can be viewed starting the video at about 0:00:26 of the extract team video. At 0:02:28 of the same video, while the team is attempting to secure and remove



the inmate from the cell the bloody hand print can be seen on the wall.  2) While the inmate is on the gurney being moved to the ambulance he is asked by one of the team members asks "hey what did you cut your stomach with" (0:04:40) and the inmate responds, "... I don't know..." he then complains about his ankle hurting and asks that the team member on top of him reposition.  The inmate is again asked what he cut himself with, and he responds, "... you stabbed me mother fucker..." (0:04:58).

Once the inmate is taken to the sally port he is medically evaluated and transported by ambulance to Davis Hospital.

\*\* INTERVIEW WITH SUBJECT \*\*
The subject returned from the hospital after being treated for superficial wounds to his abdomen.  Upon his return Deputy Nichols photographed his injuries.  I was able to observe the subjects abdomen area and see that he had several scratch marks around and area that had been bandaged by the hospital.  The visible scratches did not appear to be from a razor blade.  The subject was moved to the intake area.  I introduced myself and told him I was conducting a general investigation regarding the incident that occurred.  He responded, "what incident?"  I again explained I wanted him to tell me what happened.  He said he didn't want to talk without his lawyer.  I explained that I was not questioning him about anything criminal.  He again said he didn't want to talk without his lawyer.  I ended any attempt to talk with him further and he was taken to a secure cell.

\*\* SUMMARY \*\*
Based on the examination of events, video footage, photographs, and evidence; it is my opinion that injuries the subject sustained were self-inflicted prior to the entry of the extraction team.  It is unclear what the subject used to cause his injuries.

Due to the circumstances FPD will conclude the investigation.

Electronically attached to this report are the correction officers incident reports and all photo and video evidence will be burned to DVD and booked into evidence.

EORhej.


Disposition:  Closed

801-451-5453     PO Box 160, Fmgt., Ut 84025