Exhibit E



## ABREU, ANGEL CHRISTOPHER #56119

Alerts: DENTAL CONSENT



09/29/2018 04:59

Gnd: Male (He/Him/His)   Sex: M   NKMA
DOB: 02/21/1996   Age: 25

# Full Patient History

## Full Patient History

## 09/26/2020 00:00 - 10/05/2020 00:00

**Encounters**

| | |
|---|---|
| Encounter: | Medical Doctor encounter with MD ▮▮▮▮▮ |
| Provider: | MD ▮▮▮▮▮ |
| Created By | ▮▮ |
| SOA: | - - - |
| Form: | 1 Doctor |
| Status: | Saved |
| Created | 09/28/2020 09:58 |
| Last Saved | 09/28/2020 09:59 |

## Subjective

**Chief Complaint**

F/U abdominal laceration (self inflicted) and ER visit. See notes.

**Provider Narrative**

## Objective

**Vitals**

| Pos | BP | HR | Resp | Temp | Weight | Height | BMI | SpO$_2$ |
|---|---|---|---|---|---|---|---|---|
| | . | . | | | | . | | |
| | . | | | | | | | |

**Physical Exam**

## Assessment

INMATE COPY

**Diagnosis**

## Plan

**Non-Actionable Notes**

## Education

**Educational Review**

| | |
|---|---|
| Encounter: | Medical Doctor encounter with APRN ███████████ |
| Provider: | APRN ███████████ |
| Created By | ██ |
| SOA: | - - - |
| Form: | 1 Doctor |
| Status: | Saved |
| Created | 10/02/2020 08:02 |
| Last Saved | 10/02/2020 08:06 |

## Subjective

**Chief Complaint**

"Both my wrist lost circulation for a really long time when the Co's cuffed me on 9/26/2020. now I can't brush my teeth or write this without themhurting. Both my thumbs and wrists are numb and the feeling won't come back. Was told I was on the list on monday and tuesday and I haven't been seen yet" (Was scheduled on Wednesday, but was not seen due to being out to court.)

**Provider Narrative**

He is having some paraesthesias due to handcuffs being applied, he has not taken the IBU

## Objective

**Vitals**

| Pos | BP | HR | Resp | Temp | Weight | Height | BMI | SpO$_2$ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Physical Exam**

INMATE COPY

## Assessment

**Diagnosis**

paraestheslas both hands

## Plan

**Non-Actionable Notes**

## Education

**Educational Review**

No Nurse Encounters

No Dentist Encounters

No LCSW Encounters

No APRN Encounters

No PA Encounters

INMATE COPY

**Davis**

800 West State Street

Telephone ███████████     Fax ███████████

## ABREU, ANGEL CHRISTOPHER

398403

███████████

♥

Medical

Sgt. ███████ called and stated that the CERT team would be coming into the jail tonight to move inmate from ███████████████████ because he had barricaded himself in his room. Per jail commander, ███████████████████████████ today and this is what caused his behavior. I responded with the CERT team for medical care. Inmate had flooded his cell with water, commissary items, coffee, etc. and covered his window with his towel. At 1916 CERT team entered the cell after he would not comply and put inmate in cuffs. As they were attempting to cuff him, Sgt. ██████ yelled for EMS to be activated. At 1918 I called over the radio to jail commander to activate EMS. Upon further assessment, inmate had a laceration on his abdomen. Due to the nature of the incident, a thorough assessment could not be performed but it looked obvious that the laceration needed sutures at the least. Inmate was screaming and yelling during this time and stating that his stomach and legs hurt. Inmate was carried from his cell and placed in prone position on the stretcher. He continued to scream and yell as he was taken to ████ to meet EMS. In route to ████ I attempted to place gauze and form a pressure bandage on the incision. Inmate was taken to ████ at EMS met us in the ████ Care then passed to them. At approx. 1938 EMS left the ████ in route to Davis Hospital as this was a possible trauma. At approx. 2130, inmate returned from the hospital with a diagnosis of laceration to abdominal wall, rectal foreign body (Per the Sgt report it is papers rolled up in a ring) and substance abuse. He received staples in the ER and they need to be removed in 10 days with steri-strips applied after staple removal. VS were taken and stable. Inmate reported his pain as 8/10. Denied any other injury or concerns other than his stomach. Gauze bandage on abdomen was dry and intact. He has orders for now showers for 24 hours and change bandage daily. These tasks were started in his chart. Inmate was given IBU 800mg BID and placed on the DSC list. He was also placed in the ████ on a 15 min watch for self harm. Scheduled for MH.

📅 09/26/2020 23:04    👤 RN ███████████

INMATE COPY

## Davis

800 West State Street

Telephone ▮▮▮▮▮▮▮▮    Fax ▮▮▮▮▮▮▮▮

---

# ABREU, ANGEL CHRISTOPHER

398403

▮▮▮▮▮▮▮

**Medical**
Inmate was brought out for a shower and blanket change out in intake. I re-dressed his abdominal lac that is secured with staples. 4x4 gauze and mefix tape to secure the edges. No bleeding or redness noted at the site. There were multiple superficial scratches all over the rest of his abdomen. They were also cleaned and left open to dry. Inmate took his medications. He stated that his thumbs on both hands were numb. He believes it is from the cuffs being on too tight last night. I told him he can request to see the Dr. if he wanted to. Hand grips equal and strong bilaterally. Cap refill < 3 Sec bilaterally.

📅 09/27/2020 20:16    👤 RN ▮▮▮▮▮▮▮

INMATE COPY

## Davis

800 West State Street

Telephone      ███████      Fax      ███████

## ABREU, ANGEL CHRISTOPHER

398403

████████

Inmate is housed on a 30 minute suicide watch. He was compliant with VS and medications. Pain 6/10. Abdominal dressing dry and intact. No other complaints.

Medical     📅 09/29/2020 04:28     👤 RN   ████████

INMATE COPY

Davis

800 West State Street

Telephone                                          Fax

ABREU, ANGEL CHRISTOPHER

398403

assistance from 3 deputies to attempt dressing change, IM was not compliant therefore no dressing change or vital signs completed at this time.

Medical    📅 09/29/2020 12:44    👤 RN

INMATE COPY

**Davis**

800 West State Street

Telephone ███████████       Fax       ███████████

---

## ABREU, ANGEL CHRISTOPHER

398403

███████████

per tasks, Inmate Abreu was given the opportunity to come to medical for a dressing change. The pod personnel called me back and told me that Inmate Areu refused the option to come to medical, stating he didn't need/want his dressing changed. I advised the Pod that he will have the option again tomorrow then.

**Medical**

📅 10/05/2020 14:31     👤 RN ███████████

INMATE COPY