Exhibit F

# Davis Hospital and Medical Center

---

## Patient Information

| | |
|---|---|
| **Patient Name:** ABREU, ANGEL | **Sex:** Male |
| **Home Address:** | **DOB:** 02/21/96 |
| | **Age:** 25 Years |
| **Home Phone:**    **Cell Phone:** | **Religion:** |
| **Employer Name:** | **SSN:** |
| **Employer Phone:** | **Race:** |

---

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** | **Sex:** |
| **Patient's Reltn:** | **DOB:** |
| **Billing Address:** | **Age:** |
| | **Religion:** |
| **Billing Phone:** | **SSN:** |
| **Employer Name:** | **Marital Status:** |
| **Employer Phone:** | |

---

## Contact Information

| *Emergency Contact* | *Next of Kin* |
|---|---|
| **Contact Name:** | **Contact Name:** |
| **Patient's Reltn:** | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Home Phone:** | **Home Phone:** |

---

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

---

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

---

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 09/26/2020 20:50 | **Patient Type:** Emergency | **Admit Type:** |
| **Est Dt of Arrival:** | **Medical Service:** Emergency Services | **Admit Source:** |
| **Inpt Adm Dt/Tm:** | **Location:** DHM ED | **Advance Directive:** |
| **Disch Dt/Tm:** 09/26/20 21:20 MDT | **Room/Bed:** ED21 / A | **Reg Clerk:** Farnworth, ED Tech, Mariah |
| **Observation Dt/Tm:** 09/26/2020 20:51 | **Isolation:** | **Admit Physician:** |
| **VIP Indicator:** | **Disease Alert:** | **Attend Physician:** |
| **Admit Reason:** Trauma one | | **PCP:** |

## ABREU, ANGEL
**MRN:** 1202347827



## Male / 25 Years
**FIN:** DHM-18000351106



Printed By: Parkin, Giulianna on 11/12/2021 13:36
Registration last updated by: Contributor_system, MOUNTAIN_ADT on 09/30/2020 10:46

# Davis Hospital and Medical Center

1600 West Antelope Drive
Layton, UT 84041-1142
Patient Name: **ABREU, ANGEL**
MRN: **1202347827**                                                                    Admit Date:      **9/26/2020**
Encounter: **DHM-18000351106**                                              Discharge Date: **9/26/2020**
Age: **25 years**              Gender:      **Male**                            Attending MD:
DOB: **2/21/1996**

## Consultation Notes

Document Type:                                                                   Surgery Consultation
Service Date/Time:                                                              9/26/2020 20:51 MDT
Result Status:                                                                       Auth (Verified)
Document Subject:                                                             Consult Note
Sign Information:                                                                  Baker,MD,Scott L (9/26/2020 20:54 MDT)

### Chief Complaint
Found in jail with stabwound to left abdomen. In police custody. Poilce at bedside. Pt remains in handcuffs.

### Referring Physician
Level 1 trauma

### Reason for Consultation
Abdominal stab wound

### History of Present Illness
Male was found in his jail cell. He barricaded himself in. He is allergic to drugs in his jail cell. Did some self-inflicted stab wound to his abdomen. He was then brought to the emergency room. Did have a decreased level of consciousness. Seen initially in the trauma bay. Airway was intact breath sounds were equal bilaterally. Blood pressure and heart rate were stable. Did have evidence of stab wound in the left lower abdomen. Did not appear to penetrate the abdominal wall.

### Review of Systems
Constitutional: No fevers, chills, sweats, weight loss
Eye: No visual problems
HENT: No ear pain, nasal congestion, sore throat
Respiratory: No shortness of breath, cough
Cardiovascular: No Chest pain or palpitations
Gastrointestinal: Abdominal pain, nausea, vomiting, diarrhea
Genitourinary: No hematuria, no dysuria
Hema/Lymph: Negative for bruising tendency, swollen lymph glands
Endocrine: Negative for excessive thirst, no heat or cold intolerance
Musculoskeletal: No back pain, joint pain, muscle pain
Integumentary: No rash, pruritus, abrasions, no skin ulcers
Neurologic: No focal weakness, no seizures or tremors
Psychiatric: Normal memory, normal mood

### Physical Exam
  Vitals & Measurements
WT: 98.7 kg (Measured)  WT: 98.70 kg (Dosing)
General: Well nourished, no acute distress
Eye: PERRL, normal conjunctiva, sclerae non-icteric
HENT: Normocephalic, normal hearing, moist oral mucosa, no sinus tenderness
Neck: Supple, non-tender, no lymphadenopathy

### Allergies
No Known Allergies

### Medication List
  Inpatient
    No active inpatient medications
  Home
    No active home medications

### Immunizations
tetanus/diphth/pertuss (Tdap) adult/adol: 0.5 mL

### Problem List/Past Medical History
  No chronic problems
  Historical
    No historical problems

### Family History
After complete review of the patient's family history, there are no relevant diseases or illnesses.

### Social History
  Tobacco
    Never smoker

### Diagnostics
XR Chest 1 View Frontal

09/26/20 19:55:51
IMPRESSION:

No radiographic evidence for acute thoracic disease.
Signed By: Walker, DO, Kyle R

**************************************************
CT Abdomen and Pelvis w/ Contrast

| | | | |
|---|---|---|---|
| Patient Name: | **ABREU, ANGEL** | | |
| MRN: | **1202347827** | Admit Date: | **9/26/2020** |
| Encounter: | **DHM-18000351106** | Discharge Date: | **9/26/2020** |

## Consultation Notes

Lungs: Clear to auscultation, no respiratory distress, no wheeze, rales, or rhonchi
CV: Normal rate, regular rhythm
Abdomen: Soft, nontender stab wound to the left lower abdomen. Appears to be approximately 3 cm in length. Subcutaneous nature does not appear to penetrate through the anterior rectus fascia, non-distended, normal bowel sounds,
Musculoskeletal: No muscular tenderness, no joint pain
Skin: Warm, dry, normal turgor
Lymphatic No cervical or inguinal adenopathy
Neurologic: Alert and oriented X3, no motor deficit
Psychiatric: Cooperative, appropriate mood and affect

### Assessment/Plan
1. Laceration of abdominal wall
   Laceration to the anterior abdominal wall. This is then closed loosely with staples. Does not appear to be contaminated.
2. Rectal foreign body
   Evidence of rectal foreign body appears to be a ring this was confirmed by the patient as well as some string of rubber tubing attached. He felt that this was his phone numbers wrapped in Saran wrap that he put in his rectum as well. Recommend passing on its own.
3. Substance abuse

### Diagnosis Coding Information
S31.119A   Laceration without foreign body of abdominal wall, unspecified quadrant without penetration into peritoneal cavity, initial encounter
T18.5XXA   Foreign body in anus and rectum, initial encounter
F19.10  Other psychoactive substance abuse, uncomplicated

09/26/20 20:00:00
IMPRESSION:
1. Skin and subcutaneous laceration in the left lower in the supraumbilical fat of the left abdominal quadrant. No evidence for extension into the peritoneal cavity.
2. No evidence for an acute abdominal or pelvic organ injury.
3. Ring shaped metallic foreign body in the rectum with additional radiopaque tubing extending proximally towards the anus consistent with a retained rectal foreign body.

Findings discussed by telephone with Dr. Baker at 2036 hours on 9/26/2020.
Signed By: Walker, DO, Kyle R

Electronically Signed on 09/26/20 08:54 PM

_____

Baker, MD, Scott L

## Emergency Documentation

| | |
|---|---|
| Document Type: | ED Note Physician |
| Service Date/Time: | 9/26/2020 21:40 MDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Note |
| Sign Information: | Grow,MD,Robert W (9/26/2020 21:40 MDT) |

### Basic Information

**Chief Complaint**
Found in jail with stabwound to left abdomen. In police custody. Poilce at bedside. Pt remains in handcuffs.
  ED Assigned Provider/Time
**Time Seen:**
Grow, MD, Robert W / 09/26/2020 19:54

### Problem List/Past Medical History
No chronic problems
Historical
  No historical problems

### Medications
Inpatient
  No active inpatient medications
Home
  No active home medications

| | | | |
|---|---|---|---|
| Patient Name: | **ABREU, ANGEL** | | |
| MRN: | **1202347827** | Admit Date: | **9/26/2020** |
| Encounter: | **DHM-18000351106** | Discharge Date: | **9/26/2020** |

## *Emergency Documentation*

### History of Present Illness
Patient is a long-term resident at the local jail. Apparently today he barricaded himself in his room. Once officers gained access he was found to be less responsive with potentially a piece of candy stuck in his throat. He had lacerated his abdomen. He had been found earlier today to be in possession of both Suboxone and methamphetamines. No other injuries were identified. The patient has been hemodynamically stable.

### Review of Systems
Constitutional: [No fevers, chills, sweats, weight loss]
Eye: [No visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope, swelling in legs, dyspnea on exertion]
Gastrointestinal: [Has abdominal pain, no nausea, no vomiting, no diarrhea, no difficulty swallowing]
Genitourinary: [No hematuria, no dysuria, no hesitancy, no frequency, no incontinence]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, glucose normal, no heat or cold intolerance]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions, no skin ulcers]
Neurologic: [No focal weakness, no paresthesia, no headaches, numbness or tingling, no seizures or tremors]
Psychiatric: [Normal memory, normal mood]
Skin: No rashes, sores, or lesions

All other systems reviewed are negative or normal.

### Physical Exam

Vitals & Measurements
T: 36.8 °C  BP: 115/74  SpO2: 97%
WT: 98.7 kg (Measured)  WT: 98.70 kg (Dosing)
CONSTITUTIONAL: _Patient appears somewhat sleepy but he does open his eyes and answers questions appropriately
SKIN: _warm, dry, no jaundice, hives or petechiae
EYES: _pupils are equally round, extraocular movements intact without nystagmus, clear conjunctiva, non-icteric sclera
HENT: _normocephalic, atraumatic, moist mucus membranes, oropharynx clear without exudates, TMs and mastoids normal
NECK: _Nontender and supple with no nuchal rigidity, no lymphadenopathy, full range of motion
PULMONARY: _clear to auscultation without wheezes, rhonchi, or rales, normal excursion, no accessory muscle use and no stridor
CARDIOVASCULAR: _Mild tachycardia, regular rhythm. No appreciated murmurs. Strong radial pulses with intact distal perfusion
GASTROINTESTINAL: _There is a 3 cm linear laceration that somewhat gaping with exposure of underlying fat in the mid left abdomen. No other penetrating wounds are identified. Palpation of the wound feels deep to the peritoneum but not through the peritoneal fascia. Abdomen is soft, non-distended, no palpable masses, no rebound or guarding, bowel sounds normal
GENITOURINARY: _No costovertebral angle tenderness
LYMPHATICS: _no edema in lower extremities, no lymphadenopathy
MUSCULOSKELETAL: _Extremities are nontender to palpation and have no gross deformity, no edema, redness, or swelling

### Allergies
No Known Allergies

### Social History
  Tobacco
    Never smoker

### Lab Results

| CBC and Differential | LATEST RESULTS | | |
|---|---|---|---|
| WBC | 09/26/20 20:00 | 10.7 | High |
| RBC | 09/26/20 20:00 | 4.38 | Low |
| Hgb | 09/26/20 20:00 | 13.9 | Low |
| Hct | 09/26/20 20:00 | 40.1 | |
| MCH | 09/26/20 20:00 | 31.6 | |
| MCHC | 09/26/20 20:00 | 34.6 | |
| RDW | 09/26/20 20:00 | 13.0 | |
| MCV | 09/26/20 20:00 | 91.5 | |
| Platelets | 09/26/20 20:00 | 288 | |
| MPV | 09/26/20 20:00 | 6.7 | Low |
| Neutro Auto | 09/26/20 20:00 | 56.5 | |
| Lymph Auto | 09/26/20 20:00 | 30.7 | |
| Mono Auto | 09/26/20 20:00 | 12.3 | High |
| Eos, Auto | 09/26/20 20:00 | 0.2 | |
| Basophil Auto | 09/26/20 20:00 | 0.3 | |
| Neutro Absolute | 09/26/20 20:00 | 6.0 | |
| Lymph Absolute | 09/26/20 20:00 | 3.3 | |
| Mono Absolute | 09/26/20 20:00 | 1.3 | High |
| Slide Review | 09/26/20 20:00 | Auto | |

| Coagulation | LATEST RESULTS | | |
|---|---|---|---|
| Prothrombin Time | 09/26/20 20:00 | 13.8 | |
| INR | 09/26/20 20:00 | 1.2 | High |

---

| | | | |
|---|---|---|---|
| Patient Name: | **ABREU, ANGEL** | Admit Date: | **9/26/2020** |
| MRN: | **1202347827** | Discharge Date: | **9/26/2020** |
| Encounter: | **DHM-18000351106** | | |

## *Emergency Documentation*

NEUROLOGIC: The patient is alert and oriented to person, place, and time with normal speech. No motor deficits are noted, with muscle strength 5/5 bilaterally. Sensation is intact bilaterally. Reflexes are 2+ bilaterally. Cranial nerves are intact. Cerebellar function is intact. Memory is normal and thought process is intact. No gait abnormalities are appreciated.
PSYCHIATRIC: _Challenging to assess but seems at baseline

### Procedure
No qualifying data available.

### Medical Decision Making
In more discussion with the officers, they tell me that they did find some substances in male that he had received although he did not have access to that they feel that it is likely that he already had some in his cell. However the patient even after very short timeframe of being here he seemed completely awake and appropriate, no change in mental status, nothing to suggest ongoing ingestion or intoxication. CT scan of the abdomen demonstrates that the laceration does not penetrate the peritoneal cavity which is consistent with our exam. He is found to have a foreign body in his rectum felt to be a reading. The officers are aware of this and will monitor the patient's stool. I do not think there is need to try and extricate this at this point. Dr. Baker has evaluated the patient here in the emergency department as he did respond to the trauma 1 activation. He has cleansed and closed the laceration in the abdominal wall. Continued wound management has been discussed. The patient will be discharged back to the jail infirmary for further management and monitoring. He has been hemodynamically stable here. There are no other identifiable injuries at this point.

### Diagnosis/Assessment/Plan
1. Laceration of abdominal wall
2. Rectal foreign body
3. Substance abuse
Orders:
Discharge Patient
Insert Peripheral IV with Saline lock
Lactic Acid, Plasma (Venous)
Urine DOA

### Diagnosis Coding Information
S31.119A   Laceration without foreign body of abdominal wall, unspecified quadrant without penetration into peritoneal cavity, initial encounter
T18.5XXA   Foreign body in anus and rectum, initial encounter
F19.10   Other psychoactive substance abuse, uncomplicated

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium Level | 09/26/20 20:00 | 141 |
| Potassium Level | 09/26/20 20:00 | 3.9 |
| Chloride Level | 09/26/20 20:00 | 107 |
| CO2 | 09/26/20 20:00 | 26 |
| BUN | 09/26/20 20:00 | 11 |
| Creatinine Level | 09/26/20 20:00 | 1.0 |
| BUN/Creat Ratio | 09/26/20 20:00 | 11.0 |
| eGFR AA | 09/26/20 20:00 | 109 |
| eGFR Non-AA | 09/26/20 20:00 | 90 |
| Glucose Level | 09/26/20 20:00 | 73 |
| Calcium Level | 09/26/20 20:00 | 9.9 |
| Anion Gap | 09/26/20 20:00 | 8 |
| Alk Phos | 09/26/20 20:00 | 47 |
| Bilirubin Total | 09/26/20 20:00 | 0.6 |
| AST | 09/26/20 20:00 | 35 |
| ALT | 09/26/20 20:00 | 29 |
| Protein Total | 09/26/20 20:00 | 7.4 |
| Albumin Level | 09/26/20 20:00 | 4.90 High |
| Globulin | 09/26/20 20:00 | 2.5 |
| A/G Ratio | 09/26/20 20:00 | 2.0 |
| Lactic Acid, Plasma (Venous) | 09/26/20 20:00 | 2.2 High |

| | LATEST RESULTS |
|---|---|
| Partial Thromboplastin Time | 09/26/20 20:00   31.7 |

| Transfusion Medicine Testing | LATEST RESULTS |
|---|---|

Patient Name:   **ABREU, ANGEL**
MRN:            **1202347827**
Encounter:      **DHM-18000351106**

Admit Date:     **9/26/2020**
Discharge Date: **9/26/2020**

## Emergency Documentation

| | | |
|---|---|---|
| | Pulse,bpm | 09/26/20 21:19   94 bpm |

**Diagnostic Results**
XR Chest 1 View Frontal

09/26/20 19:55:51
IMPRESSION:

No radiographic evidence for acute thoracic disease.
Signed By: Walker, DO, Kyle R

****************************************************

CT Abdomen and Pelvis w/ Contrast

09/26/20 20:00:00
IMPRESSION:
1. Skin and subcutaneous laceration in the left lower in the supraumbilical fat of the left abdominal quadrant. No evidence for extension into the peritoneal cavity.
2. No evidence for an acute abdominal or pelvic organ injury.
3. Ring shaped metallic foreign body in the rectum with additional radiopaque tubing extending proximally towards the anus consistent with a retained rectal foreign body.

Findings discussed by telephone with Dr. Baker at 2036 hours on 9/26/2020.
Signed By: Walker, DO, Kyle R

**Patient Education and Follow Up**
**Documented Patient Education**
LACERATION, Trunk - 09/26 20:38

**Follow Up Appointments**
Staple removal in 10 days. within 1 to 2 days

Electronically Signed on 09/26/20 09:40 PM

Grow, MD, Robert W

Patient Name:  **ABREU, ANGEL**
MRN:  **1202347827**
Encounter:  **DHM-18000351106**

Admit Date:  **9/26/2020**
Discharge Date:  **9/26/2020**

## Emergency Documentation

Document Type:  ED Notes
Service Date/Time:  9/26/2020 21:19 MDT
Result Status:  Auth (Verified)
Document Subject:  Disposition Documentation
Sign Information:  Dickerson,RN ICU Float,Melissa (9/26/2020 21:19 MDT)

**Disposition Documentation Entered On: 9/26/2020 21:20 MDT**
**Performed On: 9/26/2020 21:19 MDT by Dickerson, RN ICU Float, Melissa**

### Disposition Documentation
*Patient Condition-Disposition :*  Satisfactory
*ED Procedural Sedation :*  No
*ED Restraint/Seclusion :*  No
*ED Vital Sign documentation :*  Open vital signs documentation
*ED Assistance Summary Documentation :*  Open assistance summary documentation
*ED Discharged to :*  Law enforcement detention
*ED IV Supply Capture :*  Document
*ED Discharge Documentation :*  Open Discharge Documentation

Dickerson, RN ICU Float, Melissa - 9/26/2020 21:19 MDT

### Assistance Summary
*ED Assistance Summary Not Applicable :*  N/A

Dickerson, RN ICU Float, Melissa - 9/26/2020 21:19 MDT

### Vitals/Ht/Wt
*Numeric Pain Scale :*  0 = No pain
*ED Traumatic Injury :*  Yes
*Systolic/Diastolic BP :*  74 mmHg
*Systolic/Diastolic BP :*  115 mmHg
*Temperature (Route Not Specified) :*  36.8 Deg C
*Pulse :*  94 bpm
*Respiration Rate :*  15
*O2 Sat :*  97 %

Dickerson, RN ICU Float, Melissa - 9/26/2020 21:19 MDT

### Discharge
*Discharged to care of :*  Correctional officer
*Mode of Discharge :*  Wheelchair
*Discharge Transportation :*  Other: police vehicle
*ED Rx to Patient :*  No
*Individuals Taught :*  Patient
*Home Caregiver Present for Session :*  N/A
*Teaching Method - ED :*  Written/printout, Explanation
*Barriers to Learning :*  None evident
*Discharge comments ED :*  instructions given to correctional officers and patient.

Dickerson, RN ICU Float, Melissa - 9/26/2020 21:19 MDT

### ED IV Supply Capture
*ED NS 0.9% 1000ML :*  1
*ED Discharge Documentation :*  Open Discharge Documentation

Dickerson, RN ICU Float, Melissa - 9/26/2020 21:19 MDT

---

Report ID:  **251977153**          Page 7 of 14          Print Date/Time:  **11/12/2021 13:36 CST**

Patient Name: **ABREU, ANGEL**
MRN: **1202347827**
Encounter: **DHM-18000351106**

Admit Date: **9/26/2020**
Discharge Date: **9/26/2020**

## Transfusion Medicine

**Transfusion Medicine Testing**

Collected Date 9/26/2020
Collected Time 21:19 MDT
Procedure
Pulse,bpm            94

## Chemistry

Collected Date 9/26/2020
Collected Time 20:00 MDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Sodium Level | 141 *1 | mmol/L | [132-146] |
| Potassium Level | 3.9 *1 | mmol/L | [3.5-5.5] |
| Chloride Level | 107 *1 | mmol/L | [99-109] |
| CO2 | 26 *1 | mmol/L | [22-31] |
| BUN | 11 *1 | mg/dL | [9-23] |
| Creatinine Level | 1.0 *1 | mg/dL | [0.5-1.1] |
| BUN/Creat Ratio | 11.0 *1 | | |
| eGFR AA | 109 i1 *1 | mL/min/1.73m2 | [90-120] |
| eGFR Non-AA | 90 *1 | mL/min/1.73m2 | [90-120] |
| Glucose Level | 73 *1 | mg/dL | [60-110] |
| Calcium Level | 9.9 *1 | mg/dL | [8.7-10.4] |
| Anion Gap | 8 *1 | mmol/L | [2-16] |
| Alk Phos | 47 *1 | U/L | [30-224] |
| Bilirubin Total | 0.6 *1 | mg/dL | [0.3-1.5] |
| AST | 35 *1 | U/L | [10-42] |
| ALT | 29 *1 | U/L | [10-49] |
| Protein Total | 7.4 *1 | g/dL | [5.7-8.2] |
| Albumin Level | **4.90** H *1 | g/dL | [3.20-4.80] |
| Globulin | 2.5 *1 | g/dL | [1.0-4.5] |
| A/G Ratio | 2.0 *1 | | [1.0-999.0] |
| Lactic Acid,Plasma (Venous) | **2.2** H *1 | mmol/L | [0.5-2.0] |

Interpretive Data
i1:     eGFR AA
    A. A GFR greater than 90 ml/min is considered normal,
    but patients with proteinuria may have kidney damage with
    a normal GFR. Please refer to the following website for
    staging of kidney disease: http://utahkidney.com/EducationResources/ChronicKidneyDisease
    B. This GFR has been calculated assuming the patient is not African American; however, if the patient is African
    American, please multiply this result by 1.21.
    C. The GFR may not be accurate for pregnant women or for patients with rapidly changing creatinines or on dialysis.
        Caution should be used in applying this GFR to patients with malnutrition and on certain medications.

| | |
|---|---|
| Patient Name: **ABREU, ANGEL** | Admit Date: **9/26/2020** |
| MRN: **1202347827** | Discharge Date: **9/26/2020** |
| Encounter: **DHM-18000351106** | |

## Chemistry

Performing Locations
*1:    This test was performed at:
       DHM Laboratory, 1600 West Antelope Drive, Layton, UT, 84041-  , US

## CMP

| Procedure | Collected Date 9/26/2020 Collected Time 20:33 MDT | 9/26/2020 20:00 MDT | Units | Reference Range |
|---|---|---|---|---|
| BUN/Creat Ratio | - | 11.0 *1 | | |
| eGFR AA | - | 109 i1 *1 | mL/min/1.73m2 | [90-120] |
| eGFR Non-AA | - | 90 *1 | mL/min/1.73m2 | [90-120] |
| Anion Gap | - | 8 *1 | mmol/L | [2-16] |
| Alk Phos | - | 47 *1 | U/L | [30-224] |
| Bilirubin Total | - | 0.6 *1 | mg/dL | [0.3-1.5] |
| Protein Total | - | 7.4 *1 | g/dL | [5.7-8.2] |
| Albumin Level | - | 4.90 H *1 | g/dL | [3.20-4.80] |
| Globulin | - | 2.5 *1 | g/dL | [1.0-4.5] |
| A/G Ratio | - | 2.0 *1 | | [1.0-999.0] |
| Lactic Acid, Plasma (Venous) | - | 2.2 H *1 | mmol/L | [0.5-2.0] |
| Weight Measured | 98.7 | - | kg | [50-110] |
| Sodium Level | - | 141 *1 | mmol/L | [132-146] |
| Chloride Level | - | 107 *1 | mmol/L | [99-109] |
| CO2 | - | 26 *1 | mmol/L | [22-31] |
| BUN | - | 11 *1 | mg/dL | [9-23] |
| Creatinine Level | - | 1.0 *1 | mg/dL | [0.5-1.1] |
| Glucose Level | - | 73 *1 | mg/dL | [60-110] |
| Calcium Level | - | 9.9 *1 | mg/dL | [8.7-10.4] |
| Potassium Level | - | 3.9 *1 | mmol/L | [3.5-5.5] |
| AST | - | 35 *1 | U/L | [10-42] |
| ALT | - | 29 *1 | U/L | [10-49] |

Interpretive Data
i1:    eGFR AA
       A. A GFR greater than 90 ml/min is considered normal,
       but patients with proteinuria may have kidney damage with
       a normal GFR. Please refer to the following website for
       staging of kidney disease: http://utahkidney.com/EducationResources/ChronicKidneyDisease
       B. This GFR has been calculated assuming the patient is not African American; however, if the patient is African
       American, please multiply this result by 1.21.
       C. The GFR may not be accurate for pregnant women or for patients with rapidly changing creatinines or on dialysis.
       Caution should be used in applying this GFR to patients with malnutrition and on certain medications.

Performing Locations
*1:    This test was performed at:
       DHM Laboratory, 1600 West Antelope Drive, Layton, UT, 84041-  , US

Patient Name: **ABREU, ANGEL**
MRN: **1202347827**
Encounter: **DHM-18000351106**

Admit Date: **9/26/2020**
Discharge Date: **9/26/2020**

## Coagulation-Thrombosis

Collected Date  9/26/2020
Collected Time  20:00 MDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Prothrombin Time | 13.8 *1 | seconds | [9.6-14.7] |
| INR | **1.2** H i2 *1 | | [0.9-1.1] |
| Partial Thromboplastin Time | 31.7 i3 *1 | seconds | [23.1-38.3] |

Interpretive Data
i2:    INR
       Therapeutic Range for Low Dose is 2.0-3.0 INR
       Therapeutic Range for Moderate Dose is 2.5-3.5 INR
i3:    Partial Thromboplastin Time
       Theraputic range for individuals on anticoagulent therapy is 61 - 90 seconds.

Performing Locations
*1:    This test was performed at:
       DHM Laboratory, 1600 West Antelope Drive, Layton, UT, 84041-    , US

## Hematology

### CBC and Differential

Collected Date  9/26/2020
Collected Time  20:00 MDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| WBC | **10.7** H *1 | x10^3/mcL | [3.6-10.6] |
| RBC | **4.38** L *1 | x10^6/mcL | [4.40-5.80] |
| Hgb | **13.9** L *1 | g/dL | [14.0-18.0] |
| Hct | 40.1 *1 | % | [38.0-52.0] |
| MCH | 31.6 *1 | pg | [26.0-33.0] |
| MCHC | 34.6 *1 | g/dL | [32.0-36.0] |
| RDW | 13.0 *1 | % | [12.0-16.0] |
| MCV | 91.5 *1 | fL | [80.0-97.0] |
| Platelets | 288 *1 | x10^3/mcL | [140-440] |
| MPV | **6.7** L *1 | fL | [7.4-10.5] |
| Neutro Auto | 56.5 *1 | % | [45.0-75.0] |
| Lymph Auto | 30.7 *1 | % | [15.0-45.0] |
| Mono Auto | **12.3** H *1 | % | [2.0-10.0] |
| Eos,Auto | 0.2 *1 | % | [0.0-5.0] |
| Basophil Auto | 0.3 *1 | % | [0.0-3.0] |
| Neutro Absolute | 6.0 *1 | x10^3/mcL | [1.5-7.5] |
| Lymph Absolute | 3.3 *1 | x10^3/mcL | [0.4-3.3] |
| Mono Absolute | **1.3** H *1 | x10^3/mcL | [0.1-1.1] |
| Slide Review | Auto *1 | | |

Performing Locations
*1:    This test was performed at:
       DHM Laboratory, 1600 West Antelope Drive, Layton, UT, 84041-    , US

Patient Name: **ABREU, ANGEL**
MRN: **1202347827**
Encounter: **DHM-18000351106**

Admit Date: **9/26/2020**
Discharge Date: **9/26/2020**

## Chest X-Ray

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 12-XR-20-0016522 | 9/26/2020 20:07 MDT | XR Chest 1 View Frontal | Grow,MD,Robert W | Auth (Verified) |

**Reason For Exam**
(XR Chest 1 View Frontal) Chest trauma

**Report**
INDICATION: Chest trauma.

EXAMINATION: Chest radiograph, portable frontal view.

COMPARISON: No relevant comparison.

VIEWS: Single frontal view of the chest.

FINDINGS:

Devices: None

Cardiomediastinal silhouette: Unremarkable.

Lungs: Unremarkable.

Pleural space:Unremarkable.

Bones and soft tissues: Normal for age.

Additional findings: None.

IMPRESSION:

No radiographic evidence for acute thoracic disease.
***** Final *****

Dictated by:   Walker, DO, Kyle R
Dictated DT/TM: 09/26/2020 8:11 pm
Signed by:  Walker, DO, Kyle R
Signed (Electronic Signature):  09/26/2020 8:11 pm

## Computed Tomography

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 12-CT-20-0011191 | 9/26/2020 20:13 MDT | CT Abdomen and Pelvis w/ Contrast | Grow,MD,Robert W | 24 years |

**Reason for Exam**
(CT Abdomen and Pelvis w/ Contrast) Abdominal pain

---

| | | | | |
|---|---|---|---|---|
| Patient Name: | **ABREU, ANGEL** | | Admit Date: | **9/26/2020** |
| MRN: | **1202347827** | | Discharge Date: | **9/26/2020** |
| Encounter: | **DHM-18000351106** | | | |

## Computed Tomography

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 12-CT-20-0011191 | 9/26/2020 20:13 MDT | CT Abdomen and Pelvis w/ Contrast | Grow,MD,Robert W | 24 years |

**Report**

INDICATION: Self-inflicted abdominal wound.

EXAMINATION: CT Abdomen and Pelvis with Contrast

COMPARISON: Chest radiograph, 9/26/2020.

CONTRAST/MEDICATIONS:
IV: 100 ml of Omnipaque 350
Oral: None
(Contrast/medications administered according to protocol are authenticated)

TECHNIQUE: CT through the abdomen and pelvis was performed with contrast. Axial, coronal, and sagittal reconstructions performed.

Dose lowering technique(s) such as automated exposure control, iterative reconstruction, and mA and/or KV adjustment for patient's size was utilized for this exam.

FINDINGS:

Lower chest: Unremarkable.

Liver, biliary system, and pancreas: No focal liver lesion. Gallbladder and pancreas unremarkable.

Spleen: Normal.

Adrenal glands: Normal.

Kidneys, ureters, and urinary bladder: Normal kidneys, ureters, and bladder.

Lymph nodes: No lymphadenopathy.

Bowel and appendix: Stomach is nondistended. Duodenum and small bowel are nondilated. Terminal ileum appears normal. Normal appendix. No focal bowel wall thickening. Ring-shaped metallic density within the lumen of the sigmoid colon in addition to radiopaque tubing extending down towards the anus.

Reproductive organs: Normal appearance of the prostate gland.

Free fluid: No free intraperitoneal fluid.

Vasculature: Abdominal and pelvic vascular structures are unremarkable.

Osseous structures: No acute osseous abnormality.

Patient Name:  **ABREU, ANGEL**  
MRN:  **1202347827**           Admit Date:  **9/26/2020**  
Encounter:  **DHM-18000351106**       Discharge Date:  **9/26/2020**

## Computed Tomography

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 12-CT-20-0011191 | 9/26/2020 20:13 MDT | CT Abdomen and Pelvis w/ Contrast | Grow,MD,Robert W | 24 years |

**Report**
Additional findings: Skin staples in the long left ventral abdominal wall likely for closure of a laceration. No evidence for extension into the peritoneal cavity.

IMPRESSION:
1. Skin and subcutaneous laceration in the left lower in the supraumbilical fat of the left abdominal quadrant. No evidence for extension into the peritoneal cavity.
2. No evidence for an acute abdominal or pelvic organ injury.
3. Ring shaped metallic foreign body in the rectum with additional radiopaque tubing extending proximally towards the anus consistent with a retained rectal foreign body.


Findings discussed by telephone with Dr. Baker at 2036 hours on 9/26/2020.

***** Final *****

Dictated by:  Walker, DO, Kyle R
Dictated DT/TM: 09/26/2020 8:17 pm
Signed by:  Walker, DO, Kyle R
Signed (Electronic Signature):  09/26/2020 8:26 pm

## Diagnostic Radiology

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 12-XR-20-0016522 | 9/26/2020 20:07 MDT | XR Chest 1 View Frontal | Grow,MD,Robert W | 24 years |

**Reason for Exam**
(XR Chest 1 View Frontal) Chest trauma

**Report**
INDICATION: Chest trauma.

EXAMINATION: Chest radiograph, portable frontal view.

COMPARISON: No relevant comparison.

VIEWS: Single frontal view of the chest.


FINDINGS:

Devices: None

Cardiomediastinal silhouette:  Unremarkable.

Lungs: Unremarkable.

---

Report ID:  **251977153**      Page 13 of 14      Print Date/Time:  **11/12/2021 13:36 CST**

Patient Name:  **ABREU, ANGEL**
MRN:  **1202347827**
Encounter:  **DHM-18000351106**

Admit Date:  **9/26/2020**
Discharge Date:  **9/26/2020**

## Diagnostic Radiology

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 12-XR-20-0016522 | 9/26/2020 20:07 MDT | XR Chest 1 View Frontal | Grow,MD,Robert W | 24 years |

**Report**

Pleural space: Unremarkable.

Bones and soft tissues: Normal for age.

Additional findings: None.

IMPRESSION:

No radiographic evidence for acute thoracic disease.

***** Final *****

Dictated by:   Walker, DO, Kyle R
Dictated DT/TM: 09/26/2020 8:11 pm
Signed by:  Walker, DO, Kyle R
Signed (Electronic Signature):  09/26/2020 8:11 pm