Exhibit J

3$ GRIEVANCE FORMS WITH THIS BEING SENT

10/1/20 - AROUND 7am Sgt. BAEZ CAME IN THE SECTION AND BLACK MAILED ME WITH MY OWN PROPERTY (PICTURES, EMERSON, LENSES, ETC.). SHE SAID I CAN HAVE MY STUFF ONCE I TELL THEM I CUT MYSELF AND NOTHER INMATE DID IT. AS LONG AS I SAY THE OFFICERS DIDN'T DO IT SHE SAID THERE'S A LOT IS WEEK I HAVE WITH WHAT HAPPENE AND I CAN HAVE ALL MY STUFF BACK ONCE I CLEAR IT UP. I TOLD HE DIDN'T DO IT AND THE OFFICERS IN FACT DID.

10/1/20 - 10/3/20 (2 DAYS) - THE MEDICAL HAS GONE DAYS WITHOUT DRESSING OR CLEANING MY WOUNDS OTHER ___ WAS WHILE I WAS IN MEDICAL HOUSING UNIT. PUSS IS COMING OUT AND IT LOOKS INFECTED WE ___ ANY ___ HELP

10/4/20 @ 5:30 PM - THEY FINALLY ___ CLEAN IT