Exhibit K

## DAVIS COUNTY JAIL
### Watch Commander

**Name:** ANGEL CHRISTOPHER ABREU     **Inmate ID#:** 398403

**Date:** 08/12/2020

**Housing Unit:** Q-21;DCCF;POD6; QUEBEC

**Inmate Request:**
08/12/2020 10:46:13

i was refused to be given food by eberly on 8/10/20 im aware from his comments to me that he wrote a report saying he refused to feed me any lunch and starved me on purpose because hes saying there was talk about selling my tray. that is not true. and his reason to me started as he didnt want to feed me because i just got back from layton hills dental and he didnt want me to bite my tongue or anything after getting a root canal and my mouth was numb. only later when i was locked down for the day aroubd 1:45 did he change his reason to hearing some other inmate comment on wanting my tray when iaskedfor it in the dayroom. i did not hear this or acknwledge it as i was very hungry and wanted to eat lunch myself. and when he says that happened, which it didnt, eberly was upstars with just me and him as i made me 2nd request for a lunch as i hadnt been fed. eberly in return commented óh what they didnt feed you mcdonalds on your way out the jail' and walked off. saying this and being upsetthat i was able to leave to jail to get my tooth fixed. consideiring that ive wrote grievances before about eberly profilibg me about my case anf making comments about my charges and information about my case such as the body being taking across statelines to idaho in front of other inmates. check filed grievanced and it shows hes admitted to this. eberly hashad a very stron opinion of my guilt and has treated me with such opinion.him knowing my case and that i was able to get somefresh air to fix my tooth clearly bothered him. as if i should be stuck in a hole forever and his attitude and comments over the years have shown this and so did they on 8-10. and to ruin the factthat i was happy i got to leave for a little and experience acar ridefor the first time in awhile was bothering eberly. to the point where i shiuld of got mcdonalds since i was so special. this attitueis whyhe didnt feed me. as he wsnted to bother me and make my day worse. in doing so i went very hungry after a long dental visit witha lot of work done. either way i was in my cell for the rest of the day and there was no way to sell or give away for free if i wanted to any tray. and only then did he say he wasnt feeding me the tray for whatever fake reason he came up with to justify him doing so.

Inmate Signature/Date:_____

Staff Response:

decided to jump in our conversation after I told my neighbor." Yeah I've made up my mind that
this virus is going *Davis County Sheriff's Office* 'in Davis county Jail Eberley then
decided to say "yeah just like that guy *Correctional Division* on his way to Idaho in your case" I don't
appreciate this and even *Inmate Request and Grievance Form* though Eberly tried to
say not everyone knows what he was talking about when I confronted him. He made it very clear when he said that.

Name: Angel Abreu   Inmate # 398403   Housing Unit: F-11

Date: 4/2/20   Check One:   ( ) Request   (X) Inmate Grievance   ( ) Good Time   ( ) Disciplinary Appeal   ( ) Other

Describe Problem or Request: I'm writing this for my documentation regarding Deputy Eberley who worked 4/1/20
as the floor officer. During his shift he made remarks about my case loud enough for the whole section to hear. First- 3 people
used the pencil sharpener before me and when I asked to use it he made a remark "I don't want you sharpening a pencil
to stab me in the neck or anything." Never did he say this to anyone else and considering my charges which Deputy Eberly
knows so much about I don't take that as some joke. Also during the same shift Eberly made a comment about
my case while doing rounds everyone was *Department Use Only* talking about the corona virus. And Eberley

Received by: Bergstrom   Date 4-2-2020   Time 21:10
Routed to: Watch Commander

Reply: This was addressed.

Disposition by: Baer   Date 4·15·20   Time 20:30
Returned to Inmate by: Baer   Date 4·16·20   Time 20:30

Original - Classification File   Yellow - Inmate w/response   Pink - Inmate
DCJ Form 501a (revised 02-29-96)

EZ a week Prior to this UA because my arm got disslocated after falling. The Doctor that gave me 3 shots of Actinal, a time release P.W with others and a shot of ketomine to put me to sleep. And now im being punished for that? I really would just like to know whats going on with my housing $ when im leaving Fox.

PLEASE AND SEND HIS WITH RESPECT.

## Davis County Sheriff's Office
### Correctional Division
### Inmate Request and Grievance Form

Name Angel Abreu    Inmate # 398403    Housing Unit f-11

Date 4-2-20   Check One:  ( ) Request   (✓) Inmate Grievance   ( ) Good Time   ( ) Disciplinary Appeal   ( ) Other

Describe Problem or Request: it has Now been 7 days in Fox without any hearing for the disciplinary charges was given and moved to Fox on 3/26/20. And No one seems to know what's going on and im being told n stuck back here because there is no classifications right now. We been at this jail for two years d have seen many inmates fail a UA. Never have I seen any of them come to Fox until after being found guilty by the 10/10 hearing. Not only thus but ive taken 3UA's and never failed any of hose when others did. Meaning i dont do drugs. When I had to go to the

**Department Use Only**

Received by: Bergstrom    Date 4-2-20    Time 2145
Routed to: Watch Commander

Reply: You will have your disciplinary hearing this week.

Disposition by: Sgt. Mell    Date 4-7-20    Time 0637
Returned to Inmate by: Moreale    Date 4-7-2020    Time 10:35

Original - Classification File    Yellow - Inmate w/response    Pink - Inmate
DCJ Form 501a (revised 02-29-96)

of Process and over the Watch Comander? Deputy Averette keeps looking at me weird now when he sees me.

# Davis County Sheriff's Office
## Correctional Division
## Inmate Request and Grievance Form

Name ___Angel Abreu___   Inmate # ___398403___   Housing Unit ___F-10___ three 2

Date __5/20/20__   Check One:   ( ) Request   (X) Inmate Grievance   ( ) Good Time   ( ) Disciplinary Appeal   ( ) Other

Describe Problem or Request: I Want the k.l. I wrote 5-7 re-reviewed! I was sexually Harassed by Deputy) Averette And I feel violated. How are you going to tell me I wasn't exposed when I Never. Im not being taken serious obviously and I want the number for PREA. The cell door Was left open and David Calderon, Isacc Valdez, and two other inmates seen me naked because of Deputy Averette. You're not even trying to look into My grievance telling me it's unfounded? Then how do — **Department Use Only** — I write a grievance about this kind

Received by ___Rummel___   Date __5/27/2020__ Time __1006__

Routed to: ___Watch, Comander___

Reply: ___THIS HAS BEEN ADDRESSED AND YOUR GRIEVANCE IS CONSIDERED CLOSED___

Disposition by: ___SGT SWANER___   Date __6/1/2020__   Time __0945__

Returned to Inmate by: _____   Date _____   Time _____

Original - Classification File   Yellow - Inmate whresponse   Pink - Inmate
DCJ form 301a (revised 02-29-96)

*[handwritten notes across top margin, partially legible]* ...plied "Recover Yrs" letter says "Dear Marisso" and that doesn't sound like legal mail to me which should say Dear Judge!" Marissa is my mitigation specialist on my case and my private investigator. Long story Tom Rubens refused me my right to send my legal mail [read] my legal mail and was forced to send the letter without being sealed so, it does ... and taken from me ... Because of this, Rubens also took my dayroom for today and has been into ... for 40-55 hours ... asked him why he was ... and this mind able to of the envelopes to send n Fox because ... won't allow me to, so I cant reply or send legal letters or mail period.

# Davis County Sheriff's Office
### Correctional Division
## Inmate Request and Grievance Form

Name: Angel Abreu
Inmate #: 398403
Housing Unit: E-1 mail

Date: 4/8/2020  Check One: ( ) Request  (X) Inmate Grievance  ( ) Good Time  ( ) Disciplinary Appeal  ( ) Other

Describe Problem or Request: Im writing this a day late because Rubens refused to give me the form to write a grievance on him til he came in yesterday 4/7 @ ... around 11:45 I was following normal procedure to send a legal mail to my attorney. I opened the envelope showed Rubens and let him see the contents within, as told which I could sign it he said "No sign it to me", so I did. He then went over it which contained 3 papers (A letter and 2 release of info forms faxing) Rubens then said "No im not signing this" and gave it back to me. While He inspected the 3 papers he did so for a minute each page and read my legal mail which he admitted he did later when I asked him why he is giving me a hard time with sending my ...

**Department Use Only**

Angel Abreu 398403

Received by: C. Johnson   Date: 4/8/20   Time: 2130
Routed to: Watch Commander

Reply: Rubens told me about this the night it happened. Non-legal mail can not be sent out in legal mail envelopes

Disposition by: Buev   Date: 4/15/2020   Time: 17:30
Returned to Inmate by: ___   Date: ___   Time: ___

Original - Classification File   Yellow - Inmate wrequest  Pink - Inmate
DCI Form 501a (revised 02-29-96)

ASK Admin Reports

"Fuck you" to me repri me sadle pony have to watch him go thru legal mail, He Just read it. Then He took my pillow that I paid for and has my name on it from the old cell As I had two cause I bought on oath

## Davis County Sheriff's Office
### Correctional Division
### Inmate Request and Grievance Form

Commissary to when I asked him to put the pillow in my pre He said "No" and threw it away. No one el recieved this kind of treatment durring the change out but me. And my entire cell & belongings were left astray. Also of having/running a store because of my (63.48 of commissary) which I have receipts for

Name __ANGEL ABREU__   Inmate # __398403__   Housing Unit __H-4__

Date __4-29-20__   Check One:   ( ) Request   (X) Inmate Grievance   ( ) Good Time   ( ) Disciplinary Appeal   ( ) Other

Describe Problem or Request: THIS GRIEVANCE IS ONCE AGAIN TO DOCUMENT PROFILING & HARASSMENT BY you DEPUTIES. THIS ONE BEING ON MCKISSICK THE DEPUTY WHO WORKED 4-29-20 AND DID CHANGE-OUT IN MY CELL WHEN HE CAME TO MY DOOR HE MADE A COMMENT "THIS ONE IS MINE" REFERING TO ME. THEN HE SPENT A LOT IN MY CELL SEARCHING THROUGH EVERYTHING Not like the other CELLs & officers AND THIS WAS MORE LIKE A SHAKE DOWN" THAN A SEARCH FOR CLOTHS. WHEN HE STARTED GOING THRU MY LEGAL PAPERWORK I ASK I COULD BE PRESENT TO SEE HIM GOING THRU ~~Department Use Only~~ IT. VERY LIGHTLY HE MADE A COMMENT

Received by __Deputy Fitba__   Date __04/30/2020__   Time __2029__

Routed to: __Watch Commander.__

Reply: __This will be addressed with Deputy Mckissick. Deputies can search cells at anytime. Anything deemed contraband (excess property) can be discarded. Deputies are not considered to be harassing or profiling simply because they say "This one is mine". I will discuss the pillow issue with Deputy Mckissick.__

Disposition by: __Sgt Kerr.__   Date __5/4/20__   Time __1042__

Returned to Inmate by: __A68Y__   Date __5-4-20__   Time __16:42__

Original - Classification File   Yellow - Inmate wresponse   Pink - Inmate
DCJ Form 301a (revised 02-29-96)

Told me to stop. His instructions were to pull my pants & boxers down. Never been told that before but I did it and went to pee again. Averette stopped me because he wanted my pants & boxers at my ankles. I dropped them all the way and he stopped me again _____ saying I need to move so I can see my penis better. I did so. Every time he stopped me there was a ___ pause without anymore instructing so I would then to pee him again stopping my ___ to pee. ___ said I needed to move again to see my pee. Not saying ___ the time. I forced him to show him and even ___ my balls so the next time he stopped me I ___ something weird was going on. I also noticed the cell door ___ open wide. The nurses mirrored window seen everything & 4 inmates could also see everything & were laughing saying the

# Davis County Sheriff's Office
## Correctional Division
## Inmate Request and Grievance Form

Name ___Angel Abreu___   Inmate # ___398403___   Housing Unit ___H-5___

Can't believe he was _____ having me down all that he did. I then pulled my pants & boxers up. I told Averette how I felt violated by him.

Date ___5/7/20___   Check One: ( ) Request   (X) Inmate Grievance   ( ) Good Time   ( ) Disciplinary Appeal   ( ) Other

Describe Problem or Request: __*START→ I write a lot of these, so much so, I've heard how deputies sometimes laugh when to document a lot of problems over the years to turn this into smoke joke. Especially because of the seriousness of this grievance. Sexually I feel harassed after AUA with Averette. And I will wait for a response before I decide to take my problem to the presently my lawyer. I want to speak in person further with detail. On 5/6/20 Deputy Averette approached me for AUA. While I was in medical with the other inmates from Hotel. After years of AUA's I didn't wait for instructions knowing what's done. I walked straight to the toilet in cell 4 and slightly @ a angle but faced Averette enough to expose the cup & myself to him. I stood. When I started to begin Averett___*__

←END→ Strip searches. Never has a officer made me feel the I do by Averette. Nor have I had a audience being exposed.

### Department Use Only

Received by ___Deputy Ficher___   Date ___05/08/2020___   Time ___2:15___
Routed to: ___Lt. Commander___

Reply: __THIS HAS BEEN REVIEWED - YOUR GRIEVANCE IS UNFOUNDED. AT NO TIME CAN DEPUTY AVERETT BE SEEN DEVIATING FROM POLICY AND PROCEDURE, NOR CAN ANY INMATE HAVE SEEN YOU "EXPOSED."__

Disposition by: ___SGT. SWANER___   Date ___5/13/2020___   Time ___1400___
Returned to Inmate by: ___Bergstrom___   Date ___5-13-2020___   Time ___1700___

Original - Classification File   Yellow - Inmate whereabouts   Pink - Inmate
DC Form 301a (revised 02-29-96)

CLAIM TWO

I. PLANTIFF(S)

Plantiff Angel Abeece, is and at all times mentioned herein a pretrial detainee of the Davis County Correctional Facility. Abeee is currently in confinement at Davis County Correctional Facility, in Davis County.

II. DEFENDANT(S)

Please refer to the "4. the parties to this complaint" for exact details on defendants. Defendants are Sgt. Townsend and Cole meldrum are sued individually and in their official capacity. At all times mentioned in the Complaint defendant acted under color of law.

III. VIOLATION(S)

US Const. art. AMENDMENTS 3 Amendment 1 Religion and expression

US Const. art. AMENDMENTS 3 Amendment XIV Rights guaranteed

US Const. art. AMENDMENTS 3 Amendment XIII Slavery and Involuntary servitude

IV. FACTS

On or around september ___, 2019 the plantiff requested a ___ ___ that and a ___ ___ that the jail offers to Muslim inmates. That request and all contact, ___ and grievances to the Claim was handled by Sgt Townsend. From 9/16/19 to 11/18/20 the following occured, its important to note that the following is brief and all has been documented through grievances but the jail records is refusing GRAMA request for copies. the plantiff was told by Townsend that she did not believe he was Muslim and would not accept his request offering a Religous diet or give the plantiff access to a prayer rug. Such being very important to the Islam religion. The plantiff offered many times to take tests to prove his knowledge of Islam and explained that being charged with a Capital Offense and facing the possible death sentence for aggravated Murder had influenced the plantiff to continue his belief and prepare for the worst being death, and while searching for the meaning of death the plantiff found the through Islam and Allah (God). Sgt Townsend

IV. Facts (page 2)

still refused access to resources already offered to other Muslims. The plaintiff was in Pod 6 Romeo housing unit at the time when he told Townsend that he was around the other Muslim inmates that she recognized and had access to accomodations from the jail and the plaintiff expressed that they could verify to Townsend that he is Muslim and declared his faith to Allah. Still Townsend denied accomodations to Abreu and refused to recognize him as Muslim. Abreu then offered to pay for the proper day and religious diet and Townsend still would not. Then the plaintiff went on a hunger strike that lasted 19 days as still Townsend or other won't change to accept his request and religious practices. Townsend continued denial and refusals to his claims, grievance Townsend to other officials or officers was denied and Townsend would reply to the grievances or requests. After being Harold and denials, Townsend from the grievances told that she does not have a Imam that can verify Abreu's intentions so unless one is found she wont approve him. Townsend said she would find a Imam to satisfy and what and until then Abreu wont. Townsend stated that during booking Abreu did not mention any religious beliefs when booked on 9/29/18 so she would not deem him. Abreu was never asked his religious beliefs when booked.

3. On 10/1/20 Abreu wrote a request to the medical about being denied... for... he was denied for... he filed an appeal and Townsend replied (see exhibit-G) and... was not approved...

4. On 11/22/20 Abreu filed a grievance... for the hairline and was told when he was out of the Fox library unit for quarantine from the 9/26/20 incident then he can take a knowledge test to prove knowledge of religion which Abreu eventually passed (see exhibit G)

## V. VIOLATION(S) SUPPORTING CLAIM

Count Four: FREEDOM OF RELIGIOUS PRACTICE

While requesting multiple times for religious diet and prayer rug, and even offering to pay for such accomodations, the Plaintiff was denied personally by Townsend and due to regulations which substantially burdened sincerely held religious beliefs. The plaintiff re-alleges and incorporates by reference paragraphs 1-4 of "IV. FACTS".

## VI. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Refer to "EXHAUSTION OF ADMINISTRATIVE REMEDIES FOR ALL CLAIMS" AND EXHIBITS

## VII. CLAIMS FOR RELIEF

The actions of defendants, Townsend and Meldrum, in denying the Plaintiff freedom of religious practice, and substantial burdening sincerely held religious beliefs, were done without rational connection between jail regulations and the governmental interest in order to justify it and curtailed the free exercise thereof, in violation of the First Amendment of the U.S. Constitution along with the Fourteenth and Thirteenth Amendments. The plaintiff re-alleges and incorporates by reference paragraphs 1-4 of "IV. FACTS".

## VIII. RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgment stating that:

1. The actions of defendants Meldrum and Townsend, violated the Plaintiffs rights under the First Amendment of the United States Constitution.

2. Seperately, the actions of defendants Meldrum and Townsend, violated the Plaintiffs rights under the 14th and Thirteenth Amendments of the United States Constitution.

B. Issue an injunction ordering the _____ County Correctional facility and the defendants to:

1. Immediately redress policy and give inmates the complete freedom to practice their religious beliefs and provide them with the available accomodations to do so at any time the inmate requests or desires to let the officials of _____ know of their religion, and/or create plans to do so.

2. Provide _____ inmates with a _____ our diverse Halal religious diet

VIII. Relief Request (page 2)

had is more natural and [comes] close to what the Utah state prisons(s) offer. In doing so requests what is available now as the current Muslim diet is Kosher instead of Halal and does not meet the standards for either.

C. Grant such other relief as it may appear plaintiff is entitled.

20, December, 2021

Respectfully Submitted

ANGEL ABREU