# PRIORITY ★ MAIL ★

**MAILING BOX**
FOR DOMESTIC AND INTERNATIONAL USE

7017 0190 0001 1306 7168

12/27/2021
US POSTAGE $015.85

ZIP 84025
011E12650078

- DATE OF DELIVERY SPECIFIED ^
- USPS TRACKING™ INCLUDED *
- INSURANCE INCLUDED ‡
- PICKUP AVAILABLE

FROM: ANGEL ABREU 398403
Davis County Jail
Po Box 130
Farmington, UT 84025

TO:

UNITED STATES DISTRICT COURT
Orrin G. Hatch Courthouse
351 S. West Temple, Room 1.100
SLC, UT 84101

**LEGAL MAIL**



This package is made from post-consumer waste.
Please recycle - again.

^ Domestic only.
* Tracking outside the U.S. available to many major International destinations.
‡ Limited International indemnity.


UNITED STATES POSTAL SERVICE®

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE