Andrew G. Deiss (Utah Bar # 7184)
David Ferguson (Utah Bar # 16043)
Corey Riley (Utah Bar # 16935)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
(801) 433-0226
deiss@deisslaw.com
dferguson@deisslaw.com
criley@deisslaw.com
     *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT,<br>DISTRICT OF UTAH

| | |
|---|---|
| ANGEL ABREU, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AMY HUTCHISON, CHRISTOPHER RUMMELL, COLE MELDRUM, WILBERT TERRELL, SC LEWIS, AND T. NIX,<br><br>    Defendants. | **NOTICE OF WITHDRAWAL OF MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Case No. 1:21-cv-129<br><br>JUDGE SHELBY |

    Angel Abreu provides notice withdrawing his Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss that was filed on May 22, 2023. Dkt. No. 21. Prior to filing, Mr. Abreu had reached out to the Defendants requesting a stipulation. The motion was filed because he had not yet back from Defendants. Defendants have since stipulated to the motion via email. A replacement, stipulated motion is filed concurrent to this notice (Dkt. No. 22).

Dated Thursday, June 1, 2023

                                                                                     Deiss Law P.C.

                                                                                     */s/* David Ferguson  
                                                                                     Andrew Deiss  
                                                                                     David Ferguson  
                                                                                     Corey Riley

                                                                                     *Attorneys for Plaintiff*