Frank D. Mylar (5116)
Mylar Law, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
office@mylarlaw.com

<u>Attorney for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANGEL ABREU,<br><br>    Plaintiff,<br><br>    v.<br><br>AMY HUTCHINSON, CHRISTOPHER RUMMELL, COLE MELDRUM, WILBERT TERRELL, SC LEWIS, and T. NIX,<br><br>    Defendants. | **STIPULATED MOTION TO STAY DEADLINES**<br><br>Case No. 1:21-cv-129<br><br>Judge Robert J. Shelby |

Defendants through their attorney, Frank D. Mylar, and Plaintiff through his attorney, David Ferguson, respectfully move this Court to stay the deadlines in the Scheduling Order (Dkt. 36) as follows:

    1.    The Court entered a scheduling order on April 17, 2024 (Dkt. 36.)

    2.    Counsel is in the process of discussing settlement of the case.

    3.    The Parties stipulate to stay all upcoming deadlines while they confer regarding settlement.

**WHERFORE**: The Court should strike the deadlines in the Scheduling Order. (Dkt. 36.)

DATED this 13th day of May, 2024.

/s/ *Frank D. Mylar*
Frank D. Mylar
Attorney for Defendants

*/s/ David Ferguson* (with permission)
David Ferguson
Attorney for Plaintiff