Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
office@mylarlaw.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ANGEL ABREU,<br><br>        Plaintiff,<br><br>    v.<br><br>AMY HUTCHINSON, CHRISTOPHER RUMMELL, COLE MELDRUM, WILBERT TERRELL, SC LEWIS, and T. NIX,<br><br>        Defendants. | **ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES**<br><br>Case No. 1:21-cv-129<br><br>Judge: Robert J. Shelby |

Based upon the parties' motion and for good cause appearing:

**IT IS HEREBY ORDERED:** All upcoming motions from the scheduling order (Dkt. 36) are stricken.

Dated this _____ day of _____, 2024.

BY THE COURT:

_____
District Court Judge Robert J. Shelby

Approved as to form:

*/s/ David Ferguson*  (with permission)
David Ferguson
Attorney for Plaintiff