IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ANGEL ABREU,<br><br>    Plaintiff,<br><br>  v.<br><br>AMY HUTCHINSON, CHRISTOPHER RUMMELL, COLE MELDRUM, WILBERT TERRELL, SC LEWIS, and T. NIX,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES**<br><br>Case No. 1:21-cv-129<br><br>Chief Judge Robert J. Shelby |

Based upon the parties' motion and for good cause appearing:  **IT IS HEREBY ORDERED:**

- All upcoming motions from the scheduling order (Dkt. 36) are stricken.

- No later than June 14, 2024, Plaintiff shall file either a joint status report or dismissal papers.

Dated this 14th day of May, 2024.

BY THE COURT:

_____
Chief District Court Judge Robert J. Shelby
