THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ANGEL CHRISTOPHER ABREU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVIS COUNTY et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 1:21-CV-129-RJS<br><br>District Judge Robert J. Shelby |

　　　　On September 15, 2021, Plaintiff Angel Christopher Abreu filed a prisoner civil-rights complaint, under 42 U.S.C.S. § 1983 (2025).[1] He now moves to voluntarily dismiss his Complaint without prejudice.[2] Federal Rule of Civil Procedure 41(a)(2) allows the court to dismiss a case "at the plaintiff's request."[3] Accordingly, Plaintiff's Motion[4] is GRANTED and this action is CLOSED.

　　　　　　　　　　DATED this 30th day of October 2025.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JUDGE ROBERT J. SHELBY
　　　　　　　　　　　　　　　　United States District Court

---

[1] Dkt. 5, *Complaint*.

[2] Dkt. 72, *Plaintiff's Motion to Dismiss Without Prejudice* (*Motion to Dismiss*).

[3] Fed. R. Civ. P. 41(a)(2).

[4] Dkt. 72.